UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUIS ADORNO SANCHEZ, individually and on behalf of others similarly situated,

                    Plaintiff,

  -against-

RESTAURANT 597 INC. (d/b/a BUS STOP CAFÉ), ANASTASIOS HATZIIOANNIDIS, GEORGIA HATZIIOANNIDIS, and SPRIO DOE,

                    Defendants.
-------------------------------------------------------------X

**NOTICE OF APPEARANCE**

19-CV-02178

**PLEASE TAKE NOTICE** that, on behalf of defendants, RESTAURANT 597 INC. (d/b/a BUS STOP CAFÉ), ANASTASIOS HATZIIOANNIDIS, GEORGIA HATZIIOANNIDIS, and SPRIO DOE ("Defendants"), the undersigned attorney will appear as counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the Defendants should be served upon the undersigned and all electronic notifications will be sent to rembry@lcbf.com.

Dated:  New York, New York
         April 4, 2019

         Yours,

         LANDMAN CORSI BALLAINE & FORD P.C.

         By: _____
         Rebecca W. Embry
         Attorneys for Defendants
         RESTAURANT 597 INC. (D/B/A BUS STOP CAFÉ), ANASTASIOS HATZIIOANNIDIS, GEORGIA HATZIIOANNIDIS, AND SPRIO DOE
         120 Broadway 13th Floor
         New York, New York 10271
         (212) 238-4800

4841-2870-2354v.1

TO:  MICHAEL FAILLACE & ASSOCIATES, P.C.
    60 East 42nd Street, Suite 4510
    New York, New York 10165
    (212) 317-1200

4841-2870-2354v.1